**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1157**

———————

In Re: RAFIA HAMID,

          Debtor.

---------------------

RAFIA HAMID,

          Debtor - Appellant,

     v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust; THOMAS P. GORMAN, Chapter 13 Trustee,

          Trustees - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony J. Trenga, District Judge. (1:13-cv-01190-AJT-JFA; 12-17150-BFK)

———————

Submitted: June 26, 2014          Decided: July 1, 2014

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rafia Hamid, Appellant Pro Se. Billy Bernard Ruhling, II, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia; Thomas Patrick

Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafia Hamid appeals from the district court's order dismissing as untimely her appeal from the bankruptcy court's orders granting relief from the automatic stay, dismissing her adversary proceeding, and dismissing her bankruptcy case. The district court dismissed Hamid's appeal after she failed to timely file a notice of appeal. See Fed. R. Bankr. P. 8002; Bowles v. Russell, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement."). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hamid v. Deutsche Bank Nat'l Trust, No. 1:13-cv-01190-AJT-JFA (E.D. Va. Jan. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3